## 36991. MARTIN v. MARTIN.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur, except Gregory, J., not participating.*

DECIDED JANUARY 16, 1981.

*Archer, Elsey & Vaughan, David G. Archer,* for appellant.
*Awtrey & Parker, Toby B. Prodgers,* for appellee.